RECEIVED
IN LAKE CHARLES, LA.

OCT - 8 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:03 CR 20079-001 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| DAMIAN SIVERAND | : | MAGISTRATE JUDGE KAY |

## Memorandum Ruling

Presently before the court is the defendant's Motion to Correct Sentence [doc. 79].

On November 7, 2003, Siverand pleaded guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922 (g)(1) and 924(a)(2). This statute carries a maximum penalty of not more than 10 years imprisonment.

18 U.S.C. §3559(a)(3) (Sentencing Classification of Offenses) provides that an offense carrying a maximum term of imprisonment of less than 25 years but 10 or more years is designated as a Class C[1] Felony.

18 U.S.C. §3583 governs the modification of conditions or revocation of supervised release. More specifically, §3583(e)(3) says the Court may revoke a term of supervised release, and require the defendant to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release, *except* that a defendant whose term is revoked under this paragraph may not be required to serve on any such revocation more than two (2) years in prison if such offense is a Class C or D felony.

---

[1] Class C is a statutory classification under 18 U.S.C. §3559(a)(3) as opposed to a guidelines classification which will be discussed hereinafter.

Based on the above, defense counsel is correct in his assertions regarding the sentence of imprisonment upon revocation. However, it appears in his motion that he has confused the statutory classification of offenses with the guidelines classification of violations. Siverand had a Grade B[2] violation and a Grade C violation under the sentencing guidelines. As such, the range of imprisonment recommended by the guidelines is determined on the most serious grade of violation, in this case a Grade B. Siverand's recommended range of imprisonment under the guidelines for revocation was 12 to 18 months.

The maximum statutory penalty for a Class C felony, however, is 2 years. The court sentenced Siverand to three years, which is in excess of the statutory maximum sentence.

Accordingly, the defendant's motion will be granted and the court will enter an amended judgment correcting the sentence to two years.

Lake Charles, Louisiana, this 7 day of October, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[2] Grade B and Grade C are Guidelines classification of violations as opposed to statutory.